# 1:18 CV 1580

I have brothers, others, friends for years wondering what is all the med & argument, the Doctors are firstly out in any way try money to be able to be let go.

These different troubles, workers to orderlys — Orderly's, paraprofessional practitioners and their co-workers — Like Pan Am Also situation, Trickier Studio of Pitelry Komyski w/ Fox pressing it to the edge w/ Ritly to Stand on Tisuck 5/3 others buy it difficult getting then over thousands of Iraris big Worldwide that & either Family & Friends — Workers Making too

difficult to collect any real pay

I have places since they are of my Mom till her demise may try to me! Two brothers about my age, Family for years & years & years — Food, Shelter — Church

I am overpaid for etc, etc, etc, etc, too workers 3 days a week 3 hours a day — Year round — Social Worker tells py due too me liked & plus the doctors see me guy unto my all; Meds about it & then no?!

Demogod on therefore about to go about no questions of my Integrety, honor & Cognitive "you on top of it!"

"One Million; Damages Pre No Fraud"

Robert [signature]
[signature]
49110-1133

I need y the Luck
For all this to work.
Believe it, Believe it, Believe it,
Believe it

Targeted —
totally Against the Law

Total - 1 - Million

thank you!?

Could be this
Loan Shark we have
over here — Running the show
getting people locked
Act always - white paying Vigalanti —
Man peddling people

Lazy pushy worts of m HOB WE him FAKE NAME
poster on him No one knows where he's
Black Hair        From Fake Elec, wheel chair
Mined always
should always problems older Black U-Have
60 twenty's ov to BE 62 yrs. by know to get in Fake
Was almost my                                    Name Fake
construction, over 200 apts here u-What Killer
?,????

OR.

The MAN GARY PETERS — says you don't like it have JESUS FIX IT. —

LIKE JESUS going to FIX what MY INCOME? He's there for SAVING YOU — ME — souls and other

the Golden Rule and soon!?

NO

[signature]
Cle. Ohio